1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKSANA BAIUL-FARINA, professionally known as OKSANA BAIUL, an individual, and OKSANA, LTD, a Pennsylvania corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NBC SPORTS, a division of NBC UNIVERSAL MEDIA LLC, a Delaware limited liability company; ON ICE, INC. a California corporation; BARRY MENDELSON, an individual; DOES 1-10,<br><br>Defendants. | CASE NO.:<br><br>2:15-cv-05163-DDP-MRW<br><br>[Assigned to the Hon. Dean D. Pregerson]<br><br>**ORDER CONTINUING THE HEARING OF PLAINTIFFS' MOTION TO REMAND TO SEPTEMBER 28, 2015**<br><br>**AND**<br><br>**VACATING REMAND MOTION DOCKET NUMBER 29**<br><br>Removed:   July 8, 2015<br>Trial Date:   None Set |

[[PROPOSED] ORDER CONTINUING THE HEARING OF PLAINTIFFS' MOTION TO REMAND TO SEPTEMBER 28, 2015

**ORDER**

The Court has read and considered the Stipulation. Having found good cause for the requested relief, the Court orders that the hearing date on Plaintiffs' Remand Motion (DOCKET NUMBER 30) be continued to September 28, 2015 at 10:00 a.m. The extension of the hearing date on the Remand Motion shall not impact the due dates for Defendants' opposition brief or Plaintiffs' reply brief, so that those dates shall remain unchanged.

The first Motion to Remand (DOCKET NUMBER 29) is VACATED.

IT IS SO ORDERED.

Dated: August 26, 2015

Hon. Dean D. Pregerson
UNITED STATES DISTRICT JUDGE

---

1

[PROPOSED] ORDER CONTINUING THE HEARING OF PLAINTIFFS' MOTION TO REMAND TO SEPTEMBER 28, 2015