UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 15-05163 DDP (MRWx)                              Dated: September 24, 2015

Title:   OKSANA BAIUL, an individual -v- NBC SPORTS, A DIVISION OF NBCUNIVERSAL MEDIA, LLC, a Delaware limited liability company; ON ICE INC., a California corporation BARRY MENDELSON, an individual
==========================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

   John A. Chambers                                               None Present
   Courtroom Deputy                                               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                                           None

PROCEEDINGS:      MINUTE ORDER (IN CHAMBERS)


   **COUNSEL ARE NOTIFIED** that on the Court's own motion the MOTION TO REMAND CASE TO LOS ANGELES SUPERIOR COURT FILED BY PLAINTIFF OKSANA BAIUL (**DOCKET NUMBER 30**), MOTION TO DISMISS CASE FILED BY DEFENDANT NBC SPORTS (**DOCKET NUMBER 31**), JOINDER IN MOTION TO DISMISS CASE FILED BY DEFENDANT BARRY MENDELSON (**DOCKET NUMBER 36**) and the JOINDER IN MOTION TO DISMISS CASE FILED BY DEFENDANT BARRY MENDELSON (**DOCKET NUMBER 38**) set for September 28, 2015 at 10:00 a.m., are hereby taken off calendar, the hearing date vacated and will be decided without oral argument.



MINUTES FORM 11                                                  Initials of Deputy Clerk: JAC
CIVIL -- GEN