EDWARD W. PILOT, A PROFESSIONAL CORPORATION
EDWARD W. PILOT, ESQ. (SBN 136812)
9107 Wilshire Blvd. No. 700
Beverly Hills, CA 90210
TEL: (310) 274-9602
FAX: (310) 274-7749
E-MAIL: edpilotlaw@gmail.com

Attorney For Defendant Barry Mendelson, an individual and Defendant DOE 1 Mendelson Entertainment Group, LLC, Incorrectly sued as Mendelson Entertainment Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKSANA BAIUL-FARINA, professionally known as OKSANA BAIUL, an individual, and OKSANA, LTD, a Pennsylvania Corporation<br><br>Plaintiffs<br><br>vs.<br><br>NBC SPORTS, a division of NBC UNIVERSAL MEDIA LLC, a Delaware limited liability company; ON ICE, INC., a California corporation; BARRY MENDELSON, an individual; DOES 1-10<br><br>Defendants. | Case No. 2:15-CV-05163-DDP-MRW<br><br>Defendant Barry Mendelson's and Defendant Doe 1 Mendelson Entertainment Group LLC's:<br><br>Notice of Joinder in Defendant NBCUniversal Media LLC's: (i) Motion To Dismiss Plaintiff's Second Amended Complaint For Failure To State A Claim And (ii) Request For Judicial Notice In Support Of Motion To Dismiss; and<br><br>Filing Of Supplemental Memorandum Of Points And Authorities In Support Of Motion To Dismiss Plaintiff's Second Amended Complaint For Failure To State A Claim<br><br>[Pursuant to Fed. R. Civ. P. 12(b)(6)]<br><br>*[Submitted Concurrently With Supplemental Memorandum of Points and Authorities; Proposed Order]*<br><br>Date: April 11, 2015<br>Time: 10:00 a.m.<br>Location: Courtroom 3 |

Notice of: Joinder in Motion To Dismiss; and Filing Supplemental P's & A's

To All Parties And To Their Attorneys Of Record:

Please take notice that Defendant Barry Mendelson ("Mendelson") and Defendant Doe 1 Mendelson Entertainment Group LLC ("MEG") hereby join in: (i) Defendant NBCUniversal Media LLC's Motion To Dismiss Plaintiff's Second Amended Complaint For Failure To State A Claim And (ii) Request For Judicial Notice In Support Of Motion To Dismiss, filed in this matter on March 1, 2016, and set for hearing on April 11, 2016 in Courtroom 3 of the United States District Court for the Central District of California, located at 312 North Spring Street, Los Angeles, CA, .

Please take further notice that Defendant Mendelson and Doe 1 MEG hereby supplement NBCUniversal's Motion with the additional Memorandum of Points and Authorities, contemporaneously filed herewith.

Dated: March 3, 2016        Edward W. Pilot, APC

          By:/s/ Edward W. Pilot
           Edward W. Pilot, Esq.
           Attorney for Defendant Barry Mendelson, an
           individual and Defendant DOE 1 Mendelson
           Entertainment Group, LLC, incorrectly sued
           as Mendelson Entertainment Inc.

1