| | |
|---|---|
| 1 | Kenneth I. Sidle, SBN: 48671 |
| 2 | GIPSON HOFFMAN & PANCIONE |
|   | 1901 Avenue of the Stars, Suite 1100 |
| 3 | Los Angeles, CA 90067 |
| 4 | Tel: (direct): 310-557-8821 |
|   | Fax: 310-556-8945 |
| 5 | Email: ksidle@ghplaw.com |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKSANA BAIUL-FARINA, professionally known as OKSANA BAIUL, an individual, and OKSANA, LTD., a Pennsylvania corporation | Case No. 2:15-CV-5163-DDP-(MJWx) |
| | (Honorable Dean D. Pregerson) |
| Plaintiffs, | **ORDER CONTINUING HEARING ON MOTIONS AND TIME TO FILE OPPOSITION PAPERS** |
| vs. | |
| NBC SPORTS, a division of NBC UNIVERSAL MEDIA LLC, a Delaware limited liability company; ON ICE, INC. a California corporation; BARRY MENDELSON, an individual; MENDELSON ENTERTAINMENT GROUP, LLC, a limited liability corporation; DOES 1-9, | DATE: April 11, 2016<br>TIME: 10:00 a.m.<br>PLACE: 312 N. Spring St.<br>          Los Angeles, CA 90012<br>COURTROOM: 3 |
| Defendants | |

Pursuant to the Stipulation of the parties and

GOOD CAUSE APPEARING THEREFOR, it is hereby ordered as follows:

1. The hearing date on both the motion of Defendant NBC Universal Media LLC (joined by Defendant Barry Mendelson) to dismiss Plaintiff's Second Amended Complaint ("Defendants' Motion") the Motion of Plaintiff for Certification of Issue for Appeal or, in the Alternative, for Reconsideration of Denial of Remand ("Plaintiff's Motion") and Joinder shall be continued from April 11, 2016 to April 18, 2016 at 10:00 a.m. [see below]

2. Plaintiff shall have until 4:00 p.m. PDT on Thursday, March 24, 2016 to serve and file her opposition papers to Defendants' Motion.

3. The deadline to serve and file the reply briefs shall be calendared according to the new hearing date of April 18, 2016.

DATED: March 25, 2016

The Hon. Dean D. Pregerson
United States District Judge

MOTION TO CERTIFY ISSUE FOR APPEAL FILED BY PLAINTIFF OKSANA BAIUL (DOCKET NUMBER 60)

MOTION TO DISMISS CASE - PLAINTIFFS' SECOND AMENDED COMPLAINT FILED BY DEFENDANT NBC SPORTS (DOCKET NUMBER 61)

JOINDER IN MOTION TO DISMISS CASE - PLAINTIFFS' SECOND AMENDED COMPLAINT FILED BY DEFENDANT BARRY MENDELSON (DOCKET NUMBER 62)