EDWARD W. PILOT, A PROFESSIONAL CORPORATION
EDWARD W. PILOT, ESQ. (SBN 136812)
9107 Wilshire Blvd. No. 700
Beverly Hills, CA 90210
TEL: (310) 274-9602
FAX: (310) 274-7749
E-MAIL: edpilotlaw@gmail.com

Attorney For Defendant Barry Mendelson, an individual and Defendant DOE 1 Mendelson Entertainment Group, LLC, Incorrectly sued as Mendelson Entertainment Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKSANA BAIUL-FARINA, professionally known as OKSANA BAIUL, an individual, and OKSANA, LTD, a Pennsylvania Corporation<br><br>    Plaintiffs<br><br>    vs.<br><br>NBC SPORTS, a division of NBC UNIVERSAL MEDIA LLC, a Delaware limited liability company; ON ICE, INC., a California corporation; BARRY MENDELSON, an individual; DOES 1-10<br><br>    Defendants.<br>_____ | Case No. 2:15-cv-05163-DDP-MRW<br><br>*[Assigned to the Hon. Dean D. Pregerson]*<br>___<br>Defendant Barry Mendelson's and Defendant Doe 1 Mendelson Entertainment Group LLC's Notice of Joinder in NBCUNIVERSAL Media, LLC's Reply In Support Of Its Motion For Judgment On The Pleadings And For Sanctions Pursuant To 28 U.S.C. Section 1927<br><br><u>Hearing</u>:<br><br>Date: October 17, 2016<br>Time: 10:00 a.m.<br>Location: Courtroom 3<br><br>Removed: July 8, 2015<br>Trial Date: None Set |

Defendant Mendelson and MEG LLC's Notice of Joinder in NBC's Reply In Support Of Its Motion For Judgment On The Pleadings And For Sanctions

To All Parties And To Their Attorneys Of Record:

Please take notice that Defendant Barry Mendelson and Defendant Doe 1 Mendelson Entertainment Group LLC hereby join in NBCUniversal Media, LLC's ("NBCUniversal") Reply In Support Of Its Motion For Judgment On The Pleadings And For Sanctions Pursuant To 28 U.S.C. Section 1927, which NBCUniversal filed on October 3, 2016.

Dated: October 4, 2016        Edward W. Pilot, APC

By: /s/ Edward W. Pilot
   Edward W. Pilot, Esq.
   Attorney for Defendant Barry Mendelson, an individual and Defendant DOE 1 Mendelson Entertainment Group, LLC, incorrectly sued as Mendelson Entertainment Inc.