LTL ATTORNEYS LLP
Enoch H. Liang (Bar No. 212324)
  *Enoch.Liang@ltlattorneys.com*
Damian J. Martinez (Bar No. 200159)
  *Damian.Martinez@ltlattorneys.com*
300 South Grand Ave., 14th Floor
Los Angeles, CA 90071
Tel: (213) 612-8900
Fax: (213) 612-3773

*Attorneys for Defendant*
NBCUniversal Media, LLC,
sued herein as NBC Sports

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKSANA BAIUL-FARINA, professionally known as OKSANA BAIUL, an individual, and OKSANA, LTD., a Pennsylvania corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NBC SPORTS, a division of NBC UNIVERSAL MEDIA LLC, a Delaware limited liability company; ON ICE, INC. a California corporation; BARRY MENDELSON, an individual; DOES 1-10,<br><br>Defendants. | CASE NO.: 2:15-cv-05163-DDP-MRW<br><br>**FINAL JUDGMENT** |

[PROPOSED] FINAL JUDGMENT

# FINAL JUDGMENT

IT IS HEREBY ORDERED that Plaintiffs Oksana Baiul-Farina and Oksana, Ltd.'s (together "Plaintiffs") action against Defendants NBC Sports, a division of NBCUniversal Media, LLC, Barry Mendelson, On Ice, Inc. and any Doe Defendants is hereby dismissed in its entirety as res judicata and Final Judgment is entered in favor of Defendants, and against Plaintiffs. Plaintiffs take nothing from Defendants and Defendants are entitled to recover their costs.

**IT IS SO ORDERED.**

Date: October 21, 2016

_____
HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:
LTL ATTORNEYS LLP
Enoch H. Liang (Bar No. 212324)
  *Enoch.Liang@ltlattorneys.com*
Damian J. Martinez (Bar No. 200159)
  *Damian.Martinez@ltlattorneys.com*
300 South Grand Ave., 14th Floor
Los Angeles, CA 90071
Tel: (213) 612-8900
Fax: (213) 612-3773

*Attorneys for Defendant*
NBCUniversal Media, LLC,
sued herein as NBC Sports